**Order entered March 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00372-CV

### IN RE MARVIN BROWN, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-92-25557-VH**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/     DAVID J. SCHENCK
         JUSTICE